IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   12-cr-00135-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MIGUEL REYES-ROBLES,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   March 28, 2012**

      This matter is set for Initial Appearance on the Indictment and Arraignment &

Discovery Conference set for April 02, 2012 at 1:30 p.m.